## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br>1030 15th Street NW, B255<br>Washington, DC 20005<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF HOUSING AND<br>URBAN DEVELOPMENT,<br>451 7th Street SW<br>Washington, DC 20410<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 18-468<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

1.      Plaintiff American Oversight brings this action against the U.S. Department of Housing and Urban Development under the Freedom of Information Act, 5 U.S.C. § 552 (FOIA), and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, seeking declaratory and injunctive relief to compel compliance with the requirements of FOIA.

## JURISDICTION AND VENUE

2.      This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331, 2201, and 2202.

3.      Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

4.      Because Defendant has failed to comply with the applicable time-limit provisions of the FOIA, American Oversight is deemed to have exhausted its administrative remedies pursuant to 5 U.S.C. § 552(a)(6)(C)(i) and is now entitled to judicial action enjoining the agency

from continuing to withhold agency records and ordering the production of agency records improperly withheld.

## PARTIES

5.      Plaintiff American Oversight is a nonpartisan non-profit section 501(c)(3) organization committed to the promotion of transparency in government, the education of the public about government activities, and ensuring the accountability of government officials. Through research and FOIA requests, American Oversight will use the information gathered, and its analysis of it, to educate the public about the activities and operations of the federal government through reports, published analyses, press releases, and other media. The organization is incorporated under the laws of the District of Columbia.

6.      Defendant U.S. Department of Housing and Urban Development (HUD) is a department of the executive branch of the U.S. government headquartered in Washington, DC, and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). HUD has possession, custody, and control of the records that American Oversight seeks.

## STATEMENT OF FACTS

7.      As described below, American Oversight filed a FOIA request ("Office Renovation FOIA") on November 1, 2017, seeking documents that would shed light on a matter of significant public concern regarding HUD's activities and operations: expenditures on office renovations at HUD.

8.      Specifically, American Oversight requested:

1) All records reflecting any actual or projected expenditures for renovations (including remodeling or changes to decor) of any part of the office suites (including foyers, waiting rooms, conference rooms, adjacent hallways, or other common areas) for any individuals in, or acting in, Senate-confirmed (PAS) positions at your agency.

2) All communications relating to actual or potential renovations (including remodeling or changes to decor) of any part of the office suites (including foyers, waiting rooms, conference rooms, adjacent hallways, or other common areas) for any individuals in, or acting in, Senate-confirmed (PAS) positions at your agency.

Please provide all responsive records from January 20, 2017, to the date the search is conducted.

9.      By letter dated November 2, 2017, HUD assigned the Office Renovation FOIA request the tracking number 18-FI-HQ-00213.

10.     American Oversight has received no further communication from HUD regarding the processing of its Office Renovation FOIA request.

*Exhaustion of Administrative Remedies*

11.     As of the date of this Complaint, HUD has failed to (a) notify American Oversight of a final determination regarding any of the FOIA requests, including the scope of any responsive records CMS intends to produce or withhold and the reasons for any withholdings; or (b) produce the requested records or demonstrate that the requested records are lawfully exempt from production.

12.     Through HUD's failure to respond to American Oversight's FOIA request within the time period required by law, American Oversight has constructively exhausted its administrative remedies and seeks immediate judicial review.

**COUNT I**
**Violation of FOIA, 5 U.S.C. § 552**
**Failure to Conduct Adequate Search for Records Responsive**
**to the Office Renovation FOIA Request**

13.     American Oversight repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

14.     American Oversight properly requested records within the possession, custody, and control of Defendant.

15.     Defendant is an agency subject to FOIA and must therefore make reasonable efforts to search for requested records.

16.     Defendant has failed to review promptly agency records for the purpose of locating those records which are responsive to American Oversight's Office Renovation FOIA request.

17.     Defendant's failure to conduct an adequate search for responsive records violates FOIA.

18.     Plaintiff American Oversight is therefore entitled to injunctive and declaratory relief requiring Defendant to promptly make reasonable efforts to search for records responsive to American Oversight's Office Renovation FOIA request.

**COUNT II**
**Violation of FOIA, 5 U.S.C. § 552**
**Wrongful Withholding of Non-Exempt Records Responsive to**
**Office Renovation FOIA Requests**

19.     American Oversight repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

20.     American Oversight properly requested records within the possession, custody, and control of Defendant.

21.     Defendant is an agency subject to FOIA and must therefore release in response to a FOIA request any non-exempt records and provide a lawful reason for withholding any materials.

22.     Defendant is wrongfully withholding non-exempt agency records requested by American Oversight by failing to produce records responsive to American Oversight's Office Renovation FOIA request.

23.     Defendant is wrongfully withholding non-exempt agency records requested by American Oversight by failing to segregate exempt information in otherwise non-exempt records responsive to American Oversight's FOIA requests.

24.     Defendant's failure to provide all non-exempt responsive records violates FOIA.

25.     Plaintiff American Oversight is therefore entitled to declaratory and injunctive relief requiring Defendant to promptly produce all non-exempt records responsive to its Office Renovation FOIA request and provide indexes justifying the withholding of any responsive records withheld under claim of exemption.

### REQUESTED RELIEF

WHEREFORE, American Oversight respectfully requests the Court to:

(1) Order Defendant to conduct a search reasonably calculated to uncover all records responsive to American Oversight's Office Renovation FOIA request, submitted on November 1, 2017;

(2) Order Defendant to produce, within twenty days of the Court's order, or by such other date as the Court deems appropriate, any and all non-exempt records responsive to American Oversight's FOIA request and indexes justifying the withholding of any responsive records withheld under claim of exemption;

(3) Enjoin Defendant from continuing to withhold any and all non-exempt records responsive to American Oversight's FOIA request;

(4) Award American Oversight the costs of this proceeding, including reasonable

attorneys' fees and other litigation costs reasonably incurred in this action, pursuant

to 5 U.S.C. § 552(a)(4)(E); and

(5) Grant American Oversight such other relief as the Court deems just and proper.


Dated: February 27, 2017                    Respectfully submitted,

                                            */s/ Elizabeth France*
                                            Elizabeth France
                                            D.C. Bar No. 999851
                                            John E. Bies
                                            D.C. Bar No. 483730
                                            AMERICAN OVERSIGHT
                                            1030 15th Street NW, B255
                                            Washington, DC 20005
                                            (202) 869-5246
                                            beth.france@americanoversight.org
                                            john.bies@americanoversight.org
                                            *Counsel for Plaintiff*